JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC.<br>*Plaintiff*<br><br>v.<br><br>TOMTOP GROUP, LTD.; and SHENZHEN TOMTOP TECHNOLOGY CO., LTD.<br>*Defendants.* | Case No. 2:16-cv-06923-JFW-AGR<br><br>(Assigned to the Honorable John F. Walter, Courtroom 7A)<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: September 14, 2016<br>Trial Date: October 24, 2017 |

## ORDER

Based on the parties' Stipulation of Dismissal with Prejudice, it is hereby ordered that:

1. All claims and counterclaims in the above-entitled action are hereby dismissed with prejudice; and

2. Each party is to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 17, 2017

_____
The Honorable John F. Walter
United States District Court Judge